UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

Case No. 16-1412

BOSTON TAXI OWNERS ASS'N, INC., et al.,

    <u>Plaintiffs-Appellees</u>

v.

BOSTON POLICE COMMISSIONER WILLIAM EVANS,

    <u>Defendant-Appellant</u>

## DEFENDANT-APPELLANT WILLIAM EVANS' MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE AND TO WITHDRAW APPEARANCE

Defendant-Appellant Boston Police Commissioner William Evans ("Defendant-Appellant") hereby moves this Court pursuant to Local Rule 12.0 for leave to file the attached Notice of Appearance for Matthew M. McGarry and to withdraw the appearance of Attorney John J. Boscia as counsel of record for Defendant-Appellant.

As reason therefor, Defendant-Appellant states that John J. Boscia is no longer employed by the City of Boston Law

Department. Undersigned counsel was recently appointed to represent Defendant-Appellant in this matter.

**WHEREFORE**, Defendant-Appellant Boston Police Commissioner William Evans respectfully requests that this Court withdraw the appearance of John J. Boscia as his counsel of record and allow his motion for leave to file the attached Notice of Appearance for Matthew M. McGarry.

Dated: February 21, 2017    Respectfully submitted,

DEFENDANT-APPELLANT BOSTON POLICE
COMMISSIONER WILLIAM EVANS

By his attorney,

Eugene L. O'Flaherty
Corporation Counsel

_/s/ Matthew M. McGarry_____
Matthew M. McGarry (BBO No. 678363)
1st Circuit Bar No. 1154472
Assistant Corporation Counsel
City of Boston Law Department
One City Hall Square, Room 615
Boston, MA 02201
(617) 635-4042
matthew.mcgarry@boston.gov

## CERTIFICATE OF SERVICE

I, MATTHEW M. MCGARRY, counsel for the Defendant-Appellant Boston Police Commissioner William Evans, certify that on the below date, I served via electronic filing one copy of the foregoing Defendant-Appellant William Evans' Motion For Leave to File Notice of Appearance and to Withdraw Appearance and the attached Notice of Appearance.

I further certify that the following parties' counsel is registered as an ECF Filer and will be served by the CM/ECF system:

Jenifer M. Pinkham, Esq.
Tiffany L. Stichel, Esq.
Schlossberg, LLC
35 Braintree Hill Office Park, Suite 204
Braintree, MA 02184

Julie Elisabeth Green, Esq.
Massachusetts Attorney General's Office
1 Ashburton Place
Boston, MA 02108

Dated: February 21, 2017          _____
                                   Matthew M. McGarry